# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

AMANDA LIVELSBERGER,       :    No. 3:25cv528
      Plaintiff             :

                          :    (Judge Munley)

    v.                      :

                          :    (Magistrate Judge Carlson)

FRANK BISIGNANO,           :
**Commissioner of Social Security**  :
      Defendant           :

## ORDER

Presently before the court is the Report and Recommendation ("R&R") of Magistrate Judge Martin C. Carlson recommending that the decision of the Commissioner of Social Security ("Commissioner") be affirmed. (Doc. 19). No objections to the 41-page R&R have been filed and the time for such filing has passed.

In deciding whether to adopt the report and recommendation when no timely objection is filed, the court must determine if a review of the record evidences plain error or manifest injustice. FED. R. CIV. P. 72(b), 1983 Advisory Committee Notes ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record to accept the recommendation"); see also 28 U.S.C. § 636(b)(1); Sullivan v. Cuyler, 723 F.2d 1077, 1085 (3d Cir. 1983).

After a careful review, the court finds neither clear error on the face of the record nor a manifest injustice, and therefore, the court shall accept the R&R and adopt it in its entirety.  Accordingly, it is hereby **ORDERED** as follows:

1) The R&R (Doc. 19) is **ADOPTED** in its entirety;

2) The decision of the Commissioner is **AFFIRMED**;

3) Plaintiff's appeal of the final decision of the Social Security Administration (Doc. 1) is **DENIED**; and

4) The Clerk of Court is directed to close this case.

**BY THE COURT:**

Date: 6/30/26

JUDGE JULIA K. MUNLEY
United States District Court

2